Form 180 – ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–30014–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aaron Puretz
   390 Bartlett Ave
   Staten Island, NY 10342

Social Security No.:

Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 14 days from the date the bankruptcy petition was filed:

    Ch. 13 Plan and Motion, SS# Declaration, Credit Counseling Certificate, Statement of Current Monthly Income, Cert of Ntc to Individual Consumer Debtors,Schedules I,J,. Incomplete Filings due by 9/26/2013.

2. This case will be dismissed on September 26, 2013, unless the missing documents are received on or before that date by the Clerk of the Court at:

    U.S. Bankruptcy Court
    402 East State Street
    Trenton, NJ 08608

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before September 26, 2013.

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: September 12, 2013
JJW: wdr

    James J. Waldron
    Clerk

    If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007–2 and 1009–1). You must also pay a $30 fee for the amendment in the form of certified check, money order, or attorney's check.